PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
SHARON LAHEY (CBSN 263027)
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8963
Facsimile (415) 744-0134
E-Mail: sharon.lahey@ssa.com

Attorneys for DEFENDANT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| WANDA LEI HARRISON,<br>   o/b/o DOUGLAS KEITH HARRISON<br><br>                    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>   Acting Commissioner of Social Security<br><br>                    Defendant | Case No.: 1:15-cv-01764-EPG<br><br>STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER<br><br>(ECF No. 9) |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant Carolyn W. Colvin, Acting Commissioner of Social Security has agreed to voluntarily remand this case for further administrative proceedings pursuant to sentence four of 42 U.S.C. section 405(g). The Appeals Council will remand the case to an administrative law judge (ALJ) for a new hearing and decision. The Appeals Council will instruct the ALJ to reevaluate the medical evidence including, all medical-source opinion evidence relating to the claimant's functional capabilities. The Appeals Council will further instruct the ALJ to explain the weight given to the opinion evidence, and address any

inconsistencies in accordance with 20 C.F.R. sections 404.1527(c)(3)&(4), 416.927(c)(3) &(4), and Social Security Rulings 96-2p and 96-5p.

Dated: June 7, 2016                          Respectfully submitted,

                                             CHARLES E. BINDER AND HARRY J. BINDER,
                                             ATTORNEYS AT LAW, LLP

                                             BY: /s/ James S. Pi_____
                                             JAMES S. PI
                                             Attorneys for Plaintiff
                                             (*As authorized by e-mail on June 7, 2016)

Dated:  June 7, 2016                         PHILLIP A. TALBERT
                                             Acting United States Attorney
                                             DEBORAH LEE STACHEL
                                             Acting Regional Chief Counsel, Region IX
                                             Social Security Administration

                                             BY: /s/  Sharon Lahey_____
                                             SHARON LAHEY
                                             Special Assistant United States Attorney
                                             Attorneys for Defendant

## <u>ORDER</u>

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment (ECF No. 9), and for cause shown, IT IS ORDERED that the above-captioned action be remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation. The Clerk of the Court is DIRECTED to enter final judgment in favor of Plaintiff Wanda Lei Harrison and against Defendant Carolyn W. Colvin and to close this case.

IT IS SO ORDERED.

Dated:  __June 9, 2016__                     /s/ Erica P. Groj_____

                                             UNITED STATES MAGISTRATE JUDGE

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2