James Pi, Calif. Bar No. 188880
LAW OFFICES OF HARRY J. BINDER
AND CHARLES E. BINDER, P.C.
60 East 42nd Street Suite 520
New York, NY 10165
Phone (212) 677-6801
Fax   (646) 273-2196
Email:  fedcourt@binderlawfirm.com

Attorneys for Plaintiff Wanda Lei Harrison

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANDA LEI HARRISON,<br>*On Behalf of,*<br>Douglas Keith Harrison<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No.: 1:15-cv-01764-EPG<br><br>**ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, PURSUANT TO 28 U.S.C. § 2412(d), AND COSTS, PURSUANT TO 28 U.S.C. § 1920** |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act (EAJA) Fees and Costs (ECF No. 11), IT IS ORDERED that Plaintiff shall be awarded attorney fees under the EAJA in the amount of ONE THOUSAND FORTY SIX DOLLARS AND FIFTY FOUR CENTS ($1,046.54), and costs under 28 U.S.C. § 1920, in the amount of FOUR HUNDRED DOLLARS ($400.00), subject to the terms of the above-referenced Stipulation.

IT IS SO ORDERED.

Dated:   **July 14, 2016**          /s/ Erica P. Grosjean
                                                UNITED STATES MAGISTRATE JUDGE